IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOHN MACK EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-2689 Ml/V |
| | ) |
| CITY OF COVINGTON, TENNESSEE, | ) |
| and RUSSELL BAILEY, in his | ) |
| capacity as Mayor thereof, | ) |
| | ) |
| Defendants. | ) |

**ORDER SETTING TELEPHONE CONFERENCE REGARDING SCHEDULING OF RULE 65(a)(2) HEARING**

The Court hereby sets a telephone conference in this case for Wednesday, June 1, 2005, at 10:00 a.m. During the conference, the parties should be prepared to discuss whether this case should be scheduled for a Federal Rule of Civil Procedure 65(a)(2) hearing, as well as any other scheduling issues. Plaintiff shall initiate the call with all parties on the line.

So ORDERED this 23th day of May, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02689 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Dwayne S. Byrd
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Julie Dichtel Byrd
LAW OFFICE OF JULIE BYRD
6645 Stage Rd.
Ste. 102
Bartlett, TN 38184

Honorable Jon McCalla
US DISTRICT COURT