IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -1 PM 4:05

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| JOHN MACK EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2689 Ml/V |
| | ) | |
| CITY OF COVINGTON, TENNESSEE, | ) | |
| and RUSSELL BAILEY, in his | ) | |
| capacity as Mayor thereof, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER SETTING TELEPHONE CONFERENCE AND CONTINUING TRIAL DATE**

Pursuant to the discussion during the parties' June 1, 2005, telephone conference, the Court hereby sets a telephone conference in this case for Friday, July 15, 2005, at 2:30 p.m. Plaintiff shall initiate the call with all parties on the line.

Further, the August 29, 2005, trial date in this case is hereby continued until further notice from the Court.

So ORDERED this _15th_ day of June, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _6-2-05_

20

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02689 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Dwayne S. Byrd
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Julie Dichtel Byrd
LAW OFFICE OF JULIE BYRD
6645 Stage Rd.
Ste. 102
Bartlett, TN 38184

Honorable Jon McCalla
US DISTRICT COURT