IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 JUL 25 PM 3: 30
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

| | | |
|---|---|---|
| JOHN MACK EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2689 Ml/V |
| | ) | |
| CITY OF COVINGTON, TENNESSEE, | ) | |
| and RUSSELL BAILEY, in his | ) | |
| capacity as Mayor thereof, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER SETTING TELEPHONE CONFERENCE

The Court hereby sets a telephone conference in this case for <u>Tuesday, August 9, 2005, at 3:00 p.m.</u> Plaintiff shall initiate the call with all parties on the line.

So ORDERED this 25th day of July, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-26-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02689 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Julie Dichtel Byrd
LAW OFFICE OF JULIE BYRD
6645 Stage Rd.
Ste. 102
Bartlett, TN 38184

Dwayne S. Byrd
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Honorable Jon McCalla
US DISTRICT COURT