FILED BY _AC_ D.C.

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE 05 AUG 10 AM 11: 19
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**JOHN MACK EDWARDS,**

    **PLAINTIFF,**

vs.   NO. 04-2689 Ml V

**CITY OF COVINGTON, TENNESSEE,
and RUSSELL BAILEY, in his capacity
as Mayor thereof,**

    **DEFENDANTS.**

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through their undersigned attorneys and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate, subject to approval of the Court, that Plaintiff's cause of action may be dismissed, with prejudice.

Respectfully submitted this ___ day of August, 2005

_____
Dwayne S. Byrd #13777
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tn 38125
Attorney for Plaintiff
(901)434-8549

_____
Edward J. McKenney, Jr. #5380
One Commerce Square, Ste.2700
Memphis, Tennessee 38103
Attorney for Defendants
(901)525-1455

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: __August 9__, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __8-11-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02689 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Dwayne S. Byrd
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Julie Dichtel Byrd
LAW OFFICE OF JULIE BYRD
6645 Stage Rd.
Ste. 102
Bartlett, TN 38184

Honorable Jon McCalla
US DISTRICT COURT