FILED BY _____ D.C.

05 AUG 10 AM 11:19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
*WESTERN DISTRICT OF TENNESSEE*
*WESTERN DIVISION*

JOHN MACK EDWARDS

VS

CITY OF COVINGTON, TENNESSEE,
and RUSSELL BAILEY, in his
capacity as Mayor therof.

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 04-2689 Ml/V**

This action having been dismissed by the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Stipulated Order of Dismissal With Prejudice filed August 9, 2005, this case is DISMISSED with prejudice.

APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

_Aug 9, 2005_
Date

THOMAS M. GOULD
_____
Clerk of Court

_____
(By)    Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-11-05

(27)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02689 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Dwayne S. Byrd
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Julie Dichtel Byrd
LAW OFFICE OF JULIE BYRD
6645 Stage Rd.
Ste. 102
Bartlett, TN 38184

Honorable Jon McCalla
US DISTRICT COURT